# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

TOLIFE TECHNOLOGIES PTY LTD and )
MOSHE MAOR, )
)
          Plaintiffs, )    Case No. 1:22-cv-02749
    v. )
)
THE INDIVIDUALS, CORPORATIONS, )
LIMITED LIABILITY COMPANIES, )
PARTNERSHIPS, AND UNINCORPORATED )
ASSOCIATIONS IDENTIFIED ON SCHEDULE )
A TO THE COMPLAINT, )
)
          Defendants. )
)
)

## DEFAULT JUDGMENT

THIS CASE having been commenced by Plaintiffs TOLIFE TECHNOLOGIES PTY LTD

and MOSHE MAOR against the Defendants identified on the Second Amended Schedule A

(collectively, the "Defaulting Defendants") and using at least the domain names identified in the

Second Amended Schedule A (the "Defaulting Defendant Domain Names") and the online

marketplace accounts identified in the Second Amended Schedule A (the "Defaulting Online

Marketplace Accounts"), and Plaintiffs having moved for entry of Default and Default Judgment

against the Defaulting Defendants;

This Court having entered, upon a showing by Plaintiffs, a temporary restraining order and

preliminary injunction against Defaulting Defendants that included a domain name disabling order

and asset restraining order;

Plaintiffs having properly completed service of process on Defaulting Defendants, the

combination of providing notice via electronic publication or email, along with any notice that

Defaulting Defendants received from domain name registrars and payment processors, being

notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the

pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered the Complaint or appeared in any way, and the time for answering the Complaint having expired;

THIS COURT FURTHER FINDS that it has personal jurisdiction over the Defaulting Defendants because the Defaulting Defendants directly target their business activities toward consumers in the United States, including New York, offering to sell and ship products into this Judicial District.  Specifically, Defaulting Defendants are reaching out to do business with New York residents by operating one or more commercial, interactive Internet Stores through which New York residents can purchase products bearing counterfeit versions of products utilizing Plaintiffs' U.S. Patent No. D858,877 S (the "V-COMB Patent"); and

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal design patent infringement (35 U.S.C. § 289).

IT IS HEREBY ORDERED that Plaintiffs' Order to Show Cause Why Default Judgment and Permanent Injunction Should Not Be Entered is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Default Judgment is entered against Defaulting Defendants.

Accordingly, this Court ORDERS that:

1.      Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

      a.      using Plaintiffs' V-COMB Patent, or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine V-COMB product or not authorized by Plaintiff to be sold in connection with Plaintiffs' V-COMB Patent;

b.  passing off, inducing, or enabling others to sell or pass off any product as a genuine V-COMB product ~~that is not Plaintiffs' or not produced under~~ that is not Plaintiffs' or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under Plaintiffs' V-COMB Patent;

c.  committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

d.  further infringing Plaintiffs' V-COMB Patent and damaging Plaintiff's goodwill;

e.  otherwise competing unfairly with Plaintiffs in any manner;

f.  shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiffs, nor authorized by Plaintiffs to be sold or offered for sale, and which bear or infringe Plaintiffs' V-COMB Patent or any reproductions, counterfeit copies, or colorable imitations thereof;

g.  using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, the Defendant Domain Names, or any other domain name or online marketplace account that is being used to sell or is the means by which Defendants could continue to sell counterfeit V-COMB products; and

h.  operating and/or hosting websites at the Defendant Domain Names and any other domain names registered or operated by Defendants that are involved with the distribution, marketing, advertising,

offering for sale, or sale of any product bearing or infringing Plaintiffs' V-COMB Patent or any reproductions, counterfeit copies, or colorable imitations thereof that is not a genuine V-COMB product or not authorized by Plaintiffs to be sold in connection with Plaintiffs' V-COMB Patent.

2.    The domain name registries for the Defaulting Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within three (3) business days of receipt of this Order or prior to expiration of this Order, whichever date shall occur first, shall disable the Defaulting Defendant Domain Names and make them inactive and untransferable until further ordered by this Court.

3.    Those in privity with Defaulting Defendants and with actual notice of this Order, including any online marketplaces such as Amazon, Walmart, eBay, PayPal, Wish, DHgate, or Payoneer, social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as Google, Bing and Yahoo, web hosts for the Defaulting Defendant Domain Names, and domain name registrars, shall within three (3) business days of receipt of this Order:

a.    disable and cease providing services for any accounts through which Defaulting Defendants engage in the sale of counterfeit and infringing goods using Plaintiffs' V-COMB Patent, including any accounts associated with the Defaulting Defendants listed on the Second Amended Schedule A;

b.    disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using Plaintiffs' V-COMB Patent; and

c.    take all steps necessary to prevent links to the Defaulting Defendant Domain Names identified on the Second Amended Schedule A from displaying in search results, including, but not limited to, removing

links to the Defaulting Defendant Domain Names from any search index.

4.      Amazon.com and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the Second Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

5.      Walmart and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the Second Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

6.      DHgate and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the Second Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

7.      ContextLogic, Inc. ("Wish") and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the Second Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

8.      PayPal, Inc. ("PayPal")  and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the Second Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

9.      Payoneer, Inc. ("Payoneer")  and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the Second Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

10.      eBay, Inc. ("eBay")  and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the Second Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

11.      AliExpress and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the Second Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

12.      Ping Pong Global Solutions, Inc. ("Ping Pong") and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the Second Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

13.      Coinbase Global, Inc. ("Coinbase") and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the Second Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

14.      LianLian Global t/as LL Pay U.S., LLC ("LianLian") and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and

enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the Second Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

15.    AllPay Limted ("AllPay") and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the Second Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

16.    Union Mobile Financial Technology Co., Ltd. ("Union Mobile") and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the Second Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

17.    Alibaba and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the Second Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

18.    Pursuant to 35 U.S.C. § 289, Plaintiffs are awarded each Defaulting Defendant's profit from infringement of the V-COMB Patent in the amount reflected in the Second Amended Schedule A attached hereto.

19.    All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by Amazon, Walmart, PayPal, eBay, Wish, DHGate, AliExpress, Payoneer, Ping Pong, Coinbase, LianLian, AllPay, Union Mobile, and/or Alibaba are hereby released to Plaintiff as partial payment of the above-identified damages, and PayPal, Amazon, Walmart, eBay, Wish, DHgate, AliExpress, Payoneer, Ping Pong, Coinbase, LianLian, AllPay, Union Mobile,

and/or Alibaba are ordered to release to Plaintiff the amounts from Defaulting Defendants' accounts within ten (10) business days of receipt of this Order.

20.     Until Plaintiffs have recovered full payment of monies owed by any Defaulting Defendant, Plaintiffs shall have the ongoing authority to serve this Order on PayPal, Amazon, Walmart, eBay, Wish, DHgate, AliExpress, Payoneer, Ping Pong, Coinbase, LianLian, AllPay, Union Mobile, and/or Alibaba in the event that any new accounts controlled or operated by Defaulting Defendants are identified.  Upon receipt of this Order, PayPal, Amazon, Walmart, eBay, Wish, DHgate, AliExpress, Payoneer, Ping Pong, Coinbase, LianLian, AllPay, Union Mobile, and/or Alibaba shall within two (2) business days:

    a.    Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites, including, but not limited to, any accounts;

    b.    Restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

    c.    Release all monies restrained in Defaulting Defendants' accounts to Plaintiffs as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

21.     Until Plaintiffs have recovered full payment of monies owed by any Defaulting Defendant, Plaintiffs shall have the ongoing authority to serve this Order on any banks, savings and loan associations, or other financial institutions (collectively, the "Financial Service Providers") in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified.  Upon receipt of this Order, the Financial Service Providers shall within two (2) business days:

    a.    Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or

Defaulting Defendants' websites, including, but not limited to, any accounts;

b.    Restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

c.    Release all monies restrained in Defaulting Defendants' accounts to Plaintiffs as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

22.    In the event that Plaintiffs identify any additional online marketplace accounts, domain names, or financial accounts owned by Defaulting Defendants, Plaintiffs may send notice of any supplemental proceeding to Defaulting Defendants by email at the email addresses identified by Plaintiffs and any email addresses provided for Defaulting Defendants by third parties.

23.    The five thousand-dollar ($5,000) bond posted by Plaintiffs, including any interest minus the registry fee, will be released to Plaintiffs or their counsel upon notice to the Court that all non-defaulting defendants have been dismissed from the case.    The Clerk of the Court is directed to return the bond previously deposited with the Clerk of the Court to Plaintiff or its counsel once such notice of provided.

Dated:    9/8/2022

_____

HONORABLE PAUL A. CROTTY

9

## SECOND AMENDED SCHEDULE A

|  | Defendants | Defendants Online Marketplace(s) | Profit Award |
|---|---|---|---|
| 1. | 9785 Daily Store | https://www.aliexpress.com/store/911884232 | $1,118.17 |
| 2. | A-Elspet Store | https://www.aliexpress.com/store/911843288 | $250.00 |
| 3. | Akida Store | https://www.aliexpress.com/store/912430013 | $3,984.51 |
| 4. | Ali H-ome Decoration Store | https://www.aliexpress.com/store/912660062 | $368.00 |
| 5. | AliExpress-Flagship Store | https://www.aliexpress.com/store/912268029 | $250.00 |
| 6. | AliExpress-International Store | https://www.aliexpress.com/store/911378164 | $250.00 |
| 7. | Ana home | https://www.aliexpress.com/store/1396013 | $2,647.15 |
| 8. | Animalhouse Store | https://www.aliexpress.com/store/912638012 | $250.00 |
| 9. | Anime Model Boutique Store | https://www.aliexpress.com/store/912259036 | $250.00 |
| 10. | AYX Life-Home Store | https://www.aliexpress.com/store/5375027 | $500.87 |
| 11. | Baitewei Store | https://www.aliexpress.com/store/912662823 | $250.00 |
| 12. | Beautiful Women-A Store | https://www.aliexpress.com/store/911610790 | $505.28 |
| 13. | BeautyLife Decoration Store | https://www.aliexpress.com/store/3618026 | $476.79 |
| 14. | Binbing Store | https://www.aliexpress.com/store/912185656 | $250.00 |
| 15. | China computer parts export store Store | https://www.aliexpress.com/store/1100080180 | $224.54 |
| 16. | Colorful Homegoods Store | https://www.aliexpress.com/store/5139070 | $3,325.72 |
| 17. | Cozy and Comfortable Cabin Store | https://www.aliexpress.com/store/912497721 | $1,435.16 |
| 18. | cute cute pet Store | https://www.aliexpress.com/store/1100042166 | $250.00 |
| 19. | Cynthia Drop Shipping Store | https://www.aliexpress.com/store/910368396 | $683.43 |
| 20. | Dai Department Store | https://www.aliexpress.com/store/900242204 | $250.00 |
| 21. | Daily Life Goods Store | https://www.aliexpress.com/store/911938387 | $250.00 |
| 22. | DeXin PetHome Store | https://www.aliexpress.com/store/912176211 | $250.00 |
| 23. | Dou ble 11 Homey Store | https://www.aliexpress.com/store/4429165 | $250.00 |
| 24. | Dynamic World Store | https://www.aliexpress.com/store/5125101 | $250.00 |
| 25. | Ey-House Lighting Store | https://www.aliexpress.com/store/5516019 | $250.00 |
| 26. | FANHHUI Store | https://www.aliexpress.com/store/4186017 | $1,410.76 |
| 27. | Flavour Life Store | https://www.aliexpress.com/store/910919009 | $422.11 |
| 28. | Flexx Boutique Store | https://www.aliexpress.com/store/910684029 | $1,515.83 |

| | Defendants | Defendants Online Marketplace(s) | Profit Award |
|---|---|---|---|
| 29. | FM Dropshipping Store | https://www.aliexpress.com/store/912490837 | $250.00 |
| 30. | Fun toy shop Store | https://www.aliexpress.com/store/912060208 | $688.11 |
| 31. | GeniusPetTianChong Store | https://www.aliexpress.com/store/912244456 | $250.00 |
| 32. | GIZZARD Store | https://www.aliexpress.com/store/912269838 | $250.00 |
| 33. | Gluttonous Decorate Store | https://www.aliexpress.com/store/912427213 | $1,248.56 |
| 34. | Goddess's Wardrobe Store | https://www.aliexpress.com/store/5113080 | $250.00 |
| 35. | Good HouseKeeping2 Store | https://www.aliexpress.com/store/1100039061 | $250.00 |
| 36. | Good stock 666 Store | https://www.aliexpress.com/store/912426103 | $687.07 |
| 37. | goodyu Store | https://www.aliexpress.com/store/1100184209 | $250.00 |
| 38. | Graces Daily Product Store | https://www.aliexpress.com/store/912658895 | $1,202.62 |
| 39. | Haley Fasteners Store | https://www.aliexpress.com/store/912117110 | $1,456.11 |
| 40. | HONEYCARE Official Store | https://www.aliexpress.com/store/912671051 | $1,899.59 |
| 41. | House Shine Store | https://www.aliexpress.com/store/912080052 | $250.00 |
| 42. | iPet factory Store | https://www.aliexpress.com/store/912182078 | $1,312.02 |
| 43. | Jim Drop Shipping Store | https://www.aliexpress.com/store/910364043 | $545.60 |
| 44. | Keep it company Store | https://www.aliexpress.com/store/1100214089 | $250.00 |
| | | | |
| 46. | kN4Im3 Store | https://www.aliexpress.com/store/912635145 | $250.00 |
| 47. | Kuulaa-Online Store | https://www.aliexpress.com/store/911881056 | $250.00 |
| 48. | Lhuang Store | https://www.aliexpress.com/store/5419212 | $250.00 |
| 49. | LifeExpert Store | https://www.aliexpress.com/store/911304184 | $1,956.13 |
| 50. | LOYLOV Trading Store | https://www.aliexpress.com/store/912258174 | $795.63 |
| 51. | Market Store | https://www.aliexpress.com/store/4488009 | $250.00 |
| 52. | My Room Guider Store | https://www.aliexpress.com/store/911824199 | $4,600.98 |
| 53. | OF NICENESS Store | https://www.aliexpress.com/store/912239423 | $250.00 |
| 54. | Official Pet Toys Store | https://www.aliexpress.com/store/912679905 | $250.00 |
| 55. | ONLOVE Grocery Store | https://www.aliexpress.com/store/912018285 | $318.18 |
| 56. | PeripheralItemsYouLike Store | https://www.aliexpress.com/store/912467083 | $250.00 |
| 57. | petmoss_pp__b Store | https://www.aliexpress.com/store/912620284 | $250.00 |
| 58. | Pets Acessories Store | https://www.aliexpress.com/store/912252031 | $250.00 |

|     | Defendants | Defendants Online Marketplace(s) | Profit Award |
| --- | --- | --- | --- |
| 59. | PetSmart. Store | https://www.aliexpress.com/store/911265078 | $250.00 |
| 60. | Pingxuan Store | https://www.aliexpress.com/store/912187658 | $250.00 |
| 61. | POLYSMBETY Official Store | https://www.aliexpress.com/store/1488085 | $1,741.59 |
| 62. | Qsezeny PetShopDeal Store | https://www.aliexpress.com/store/5316019 | $1,382.34 |
| 63. | Real Fun Crafts Store | https://www.aliexpress.com/store/911751415 | $881.73 |
| 64. | Real Fun Decor Store | https://www.aliexpress.com/store/911897066 | $1,316.03 |
| 65. | ShinyHome Store | https://www.aliexpress.com/store/335543 | $467.26 |
| 66. | Shop1100007060 Store | https://www.aliexpress.com/store/1100007060 | $260.75 |
| 67. | Shop1100031056 Store | https://www.aliexpress.com/store/1100031056 | $250.00 |
| 68. | Shop1100043062 Store | https://www.aliexpress.com/store/1100043062 | $250.00 |
| 69. | Shop1100089074 Store | https://www.aliexpress.com/store/1100089074 | $250.00 |
| 70. | Shop1100090147 Store | https://www.aliexpress.com/store/1100090147 | $250.00 |
| 71. | Shop1100216096 Store | https://www.aliexpress.com/store/1100216096 | $250.00 |
| 72. | Shop3872075 Store | https://www.aliexpress.com/store/3872075 | $1,871.13 |
| 73. | Shop4630031 Store | https://www.aliexpress.com/store/4630031 | $1,557.38 |
| 74. | Shop910339345 Store | https://www.aliexpress.com/store/910339345 | $358.74 |
| 75. | Shop910342174 Store | https://www.aliexpress.com/store/910342174 | $250.00 |
| 76. | Shop911062034 Store | https://www.aliexpress.com/store/911062034 | $334.89 |
| 77. | Shop911418492 Store | https://www.aliexpress.com/store/911418492 | $250.00 |
| 78. | small depart Store | https://www.aliexpress.com/store/912054002 | $250.00 |
| 79. | Sunflowerpet Store | https://www.aliexpress.com/store/910668040 | $250.00 |
| 80. | TDPDAYS Store | https://www.aliexpress.com/store/911057201 | $921.60 |
| 81. | THE SPRING BLOSSOMS Store | https://www.aliexpress.com/store/5602351 | $1,481.94 |
| 82. | Tidy Life Store | https://www.aliexpress.com/store/912462699 | $1,164.61 |
| 83. | TINDON LIFE Offical Store Store | https://www.aliexpress.com/store/911427021 | $317.08 |
| 84. | TopwayShengda Store | https://www.aliexpress.com/store/912576205 | $250.00 |
| 85. | university store | https://www.aliexpress.com/store/1189807 | $283.52 |
| 86. | WXWM Store | https://www.aliexpress.com/store/912460596 | $250.00 |
| 87. | xiongccc Store | https://www.aliexpress.com/store/912644155 | $250.00 |
| 88. | xiongpanda Store | https://www.aliexpress.com/store/912500833 | $250.00 |

| | Defendants | Defendants Online Marketplace(s) | Profit Award |
|---|---|---|---|
| 89. | YD Building Blocks Store | https://www.aliexpress.com/store/5832124 | $2,016.40 |
| 90. | YHL Sapling Store | https://www.aliexpress.com/store/911226126 | $250.00 |
| 91. | yichukeji004 Store | https://www.aliexpress.com/store/912310030 | $250.00 |
| 92. | YSC-lifemarket Store | https://www.aliexpress.com/store/912404262 | $1,166.70 |
| 93. | Capeoe | https://www.amazon.com/sp?seller=ABG9AYJ32ZM0V | $250.00 |
| 94. | GoSoo | https://www.amazon.com/sp?seller=A220COVAYU2UHD | $310.15 |
| 95. | HEADEARTH | https://www.amazon.com/sp?seller=A36AFCZEB0IYE2 | $3,744.05 |
| 96. | Joscas 34 | https://www.amazon.com/sp?seller=A22JKFKYE19866 | $8,285.55 |
| 97. | KeHuZhen | https://www.amazon.ca/sp?seller=A26CGHMKQ2PIPG | $250.00 |
| 98. | MOROZSHOP | https://www.amazon.com/sp?seller=A2OWPCX5BVCWJ8 | $250.00 |
| 100. | 2020mingxingmaouyi | https://www.ebay.com/usr/2020mingxingmaouyi | $250.00 |
| 101. | amamihi-23 | https://www.ebay.com/usr/amamihi-23 | $250.00 |
| 102. | aram_9938 | https://www.ebay.com/usr/aram_9938 | $250.00 |
| 103. | bestumart | https://www.ebay.com/usr/bestumart | $257.47 |
| 104. | blissmart2930 | https://www.ebay.com/usr/blissmart2930 | $250.00 |
| 105. | bobusines-tech | https://www.ebay.com/usr/bobusines-tech | $9,827.72 |
| 107. | ceylon-house | https://www.ebay.com/usr/ceylon-house | $250.00 |
| 108. | cheenlalafour | https://www.ebay.com/usr/cheenlalafour | $250.00 |
| 109. | chetwohaha | https://www.ebay.com/usr/chetwohaha | $250.00 |
| 110. | chiaroclick | https://www.ebay.com/usr/chiaroclick | $250.00 |
| 111. | choice_mart_01 | https://www.ebay.com/usr/choice_mart_01 | $250.00 |
| 112. | cozy-zone | https://www.ebay.com/usr/cozy-zone | $1,604.86 |
| 115. | eherebuy | https://www.ebay.com/usr/eherebuy | $1,558.87 |
| 117. | fancyboutique_96 | https://www.ebay.com/usr/fancyboutique_96 | $250.00 |
| 119. | feeshion-techl | https://www.ebay.com/usr/feeshion-techl | $250.00 |
| 120. | garagestore | https://www.ebay.com/usr/garagestore | $250.00 |
| 121. | gegeq_52 | https://www.ebay.com/usr/gegeq_52 | $250.00 |

| | Defendants | Defendants Online Marketplace(s) | Profit Award |
|---|---|---|---|
| 124. | goodscity2010 | https://www.ebay.com/usr/goodscity2010 | $1,436.38 |
| 126. | grearpart2020 | https://www.ebay.com/usr/grearpart2020 | $1,601.10 |
| 127. | grearpart66 | https://www.ebay.com/usr/grearpart66 | $941.53 |
| 128. | grearpart88 | https://www.ebay.com/usr/grearpart88 | $285.15 |
| 130. | guangzhuob02 | https://www.ebay.com/usr/guangzhuob02 | $250.00 |
| 137. | kavindudinitha-0 | https://www.ebay.com/usr/kavindudinitha-0 | $250.00 |
| 138. | keyu688 | https://www.ebay.com/usr/keyu688 | $250.00 |
| 142. | manoj_ewallet64 | https://www.ebay.com/usr/manoj_ewallet64 | $250.00 |
| 144. | metahuhu_776 | https://www.ebay.com/usr/metahuhu_776 | $461.94 |
| 145. | miracle.lk | https://www.ebay.com/usr/miracle.lk | $250.00 |
| 148. | ninetimeon | https://www.ebay.com/usr/ninetimeon | $250.00 |
| 149. | pasakawshaly0 | https://www.ebay.com/usr/pasakawshaly0 | $250.00 |
| 150. | pinkarcade_001 | https://www.ebay.com/usr/pinkarcade_001 | $250.00 |
| 151. | rg_quality_mart | https://www.ebay.com/usr/rg_quality_mart | $250.00 |
| 153. | rq-autumn | https://www.ebay.com/usr/rq-autumn | $382.29 |
| 155. | sk_store24 | https://www.ebay.com/usr/sk_store24 | $1,853.23 |
| 156. | sousoutechnic | https://www.ebay.com/usr/sousoutechnic | $445.71 |
| 158. | supplier-keji | https://www.ebay.com/usr/supplier-keji | $893.86 |

| | Defendants | Defendants Online Marketplace(s) | Profit Award |
|---|---|---|---|
| 161. | topdealin3c | https://www.ebay.com/usr/topdealin3c | $603.33 |
| 163. | tyagiexport-import | https://www.ebay.com/usr/tyagiexport-import | $250.00 |
| 164. | vngroup | https://www.ebay.com/usr/vngroup | $250.00 |
| 166. | world-offers-shop | https://www.ebay.com/usr/world-offers-shop | $3,188.12 |
| 168. | yuyanshaoha | https://www.ebay.com/usr/yuyanshaoha | $250.00 |
| 169. | aobuchunpin | https://www.walmart.com/seller/101110086 | $250.00 |
| 170. | Beauty House | https://www.walmart.com/seller/101098780 | $7,866.03 |
| 171. | BLA CURRENT LLC | https://www.walmart.com/seller/101081706 | $1,327.67 |
| 174. | DreamHouse | https://www.walmart.com/seller/101066590 | $13,393.19 |
| 178. | Nikou | https://www.walmart.com/seller/101107893 | $877.40 |
| 180. | WAKYME | https://www.walmart.com/seller/101099230 | $875.33 |
| 182. | BEST9998 | https://www.wish.com/merchant/5d3ea4e47032 7a263ffcd779 | $250.00 |
| 183. | booksyou | https://www.wish.com/merchant/609f75617dcb b1a0b93d6d4f | $250.00 |
| 184. | cancatstore | https://www.wish.com/merchant/5fd6449c60df 090d01cdab41 | $250.00 |
| 185. | Chaduu | https://www.wish.com/merchant/5e96c985639b 2d3183b82675 | $250.00 |
| 186. | chenzhiwei2150 | https://www.wish.com/merchant/5ec1fd6478ef6 222f99dc8a8 | $250.00 |
| 187. | Dai Li | https://www.wish.com/merchant/58a906b0122b ea506a5a5f1f | $297.68 |
| 188. | enzymopathy | https://www.wish.com/merchant/5f8df215db05 349d2d59bb11 | $250.00 |
| 189. | H. davisuu | https://www.wish.com/merchant/5e96d05229e7 86281d3bf19d | $250.00 |
| 190. | Harolduu | https://www.wish.com/merchant/5e96c9e6942c d453063e6ac9 | $250.00 |

|  | Defendants | Defendants Online Marketplace(s) | Profit Award |
|---|---|---|---|
| 191. | hifel9heh | https://www.wish.com/merchant/5e42aefc29cd dc980369e1ef | $250.00 |
| 192. | HuldaErnestxDdW | https://www.wish.com/merchant/5e76f13d29e7 8673c0563c38 | $250.00 |
| 193. | IDD11W36 | https://www.wish.com/merchant/606ec11d62e2 ca5cc5575d76 | $1,486.42 |
| 194. | JeffreyWebsterjJsFlF | https://www.wish.com/merchant/5e78a14329e7 8675a455bcbd | $250.00 |
| 195. | jhdiwlsh8h | https://www.wish.com/merchant/5e43908e2906 c939186d5820 | $250.00 |
| 196. | jieshf89o | https://www.wish.com/merchant/5e4299e5add1 0287425f8d60 | $250.00 |
| 197. | Kusrusa | https://www.wish.com/merchant/5fd78a8a60df 0903c3cdfb04 | $250.00 |
| 198. | later123 | https://www.wish.com/merchant/5d886f01a935 6a59d4a74d88 | $250.00 |
| 199. | MadelineMandelkFuI | https://www.wish.com/merchant/5e789e8ac77e a6aa864b477f | $250.00 |
| 200. | MerlinNormaxUeR | https://www.wish.com/merchant/5e7989dff1ea1 4361a1a7a08 | $250.00 |
| 201. | MichelleFrancisjUoIa | https://www.wish.com/merchant/5e76f8d04fed 55516b60f71c | $250.00 |
| 202. | Mr Jin Shop 22 | https://www.wish.com/merchant/5f5c7919fae60 0a1128a9325 | $250.00 |
| 203. | NathanTabxYyYrQ | https://www.wish.com/merchant/5e78a1384fed 559a7760f6eb | $250.00 |
| 204. | PeteDuncanhTySe | https://www.wish.com/merchant/5e7989d7a707 2037556946cd | $250.00 |
| 205. | RobertMcCue | https://www.wish.com/merchant/5e719bb11c5a e13d0eb60e04 | $250.00 |
| 206. | Rockcar | https://www.wish.com/merchant/6176e8df04e9 76dc13a44e54 | $250.00 |
| 207. | Roseuu | https://www.wish.com/merchant/5e96d322f274 4d5cd80ba746 | $250.00 |
| 208. | slavishness | https://www.wish.com/merchant/5f8dc7cbdb05 3462b759bd85 | $250.00 |
| 209. | SwitCart | https://www.wish.com/merchant/606b571353ad ab2098eb085d | $250.00 |
| 210. | Walteruua | https://www.wish.com/merchant/5e96d0eb3985 225a4ce17611 | $250.00 |
| 211. | Williamuu | https://www.wish.com/merchant/5e96d67a1749 e62e0a530858 | $250.00 |

| | Defendants | Defendants Online Marketplace(s) | Profit Award |
|---|---|---|---|
| 212. | wujiokmy | https://www.wish.com/merchant/5d4915287032 7a545cb7ae25 | $250.00 |