```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/25
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TOLIFE TECHNOLOGIES et al.,

            Plaintiffs

- against -

THE INDIVIDUALS et al.,

           Defendants.

**22-CV-2749(VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

A review of the Docket Sheet for this action indicates that there has been no record of any proceedings or filings of any papers or correspondence with the Court since April 5, 2024. At that time, Plaintiffs filed a notice of satisfaction of judgment as to Defendant No. 28. (See Dkt. No. 76.) Accordingly, it is hereby

**ORDERED** that Plaintiffs inform the Court, within five (5) days of the date of this Order, concerning the status of this action, the status of any remaining Defendants, and Plaintiffs' contemplation with regard to any further proceedings.

**SO ORDERED.**

Dated:    January 27, 2025
            New York, New York

                                              _____
                                              Victor Marrero
                                                U.S.D.J.