UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOLIFE TECHNOLOGIES PTY LTD and MOSHE MAOR,<br><br>                         Plaintiff,<br><br>-against-<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>                         Defendants. | 22-CV-02749 (MMG)<br><br>**ORDER OF DISMISSAL** |

MARGARET M. GARNETT, United States District Judge:

      The Court having been advised that all claims asserted herein have been resolved and the Plaintiff requests the Court close this matter, *see* Dkt. No. 79, it is ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within 30 days** of the date of this Order.

      To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis.

      The Clerk of Court respectfully directed to release the $5,000 bond to counsel for Plaintiff as prescribed in paragraph 23 of the Default Judgment Order, *see* Dkt. No. 58, to the below address:

      BOIES SCHILLER FLEXNER LLP
      55 Hudson Yards, 20th Floor
      Attn: Christopher Tom
      New York, NY 10001

      Any pending motions are moot. All conferences are canceled. The Clerk of Court is respectfully directed to CLOSE the case.

Dated: February 4, 2025
       New York, New York

                                                                            SO ORDERED.

                                                                    MARGARET M. GARNETT
                                                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2025